## GOULD v. STATE.

(Court of Criminal Appeals of Texas. March 27, 1912.)

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

O. F. Gould was convicted of violating the Sunday law, and he appeals. Affirmed.

Walker & Williams, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This is a companion case of the case of O. F. Gould v. State, No. 1,558, 146 S. W. 172, this day decided. The questions involved in this appeal are practically the same as in that case, and are decided adversely to appellant's contention. The views of the writer are well known to the profession as shown by previous opinions and dissenting opinions reported. My Brethren are of the opinion these cases should be affirmed. It would be useless on my part to write further in regard to these questions. On the authority of the opinions in the cases by my Brother HARPER, this judgment will be affirmed.

---

## GOULD v. STATE.

(Court of Criminal Appeals of Texas. March 27, 1912.)

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

O. F. Gould was convicted of violating the Sunday law, and he appeals. Affirmed.

Walker & Williams, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This is a companion case of the case of O. F. Gould v. State, No. 1,558, 146 S. W. 172, this day decided. The questions involved in this appeal are practically the same as in that case, and decided adversely to appellant's contention. The views of the writer are well known to the profession as shown by previous opinions and dissenting opinions reported. My Brethren are of opinion these cases should be affirmed. It would be useless on my part to write further in regard to these questions. On the authority of the opinions in the cases by my Brother HARPER, this judgment will be affirmed.

---

## GOULD v. STATE.

(Court of Criminal Appeals of Texas. March 27, 1912.)

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

O. F. Gould was convicted of violating the Sunday law, and he appeals. Affirmed.

Walker & Williams, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted under complaint and information charging him with violating the Sunday law, in that he opened and permitted to be open a place of public amusement on Sunday, and with then and there permitting a theatrical performance to be given, to which an admission fee was charged.

This is a companion case to that of O. F. Gould v. State, No. 1,558, 146 S. W. 172, this day decided, and the same issues are raised as are therein decided; the only difference being that this offense is alleged to have been committed on Sunday, January 15, 1911, and the former conviction relied on to increase the penalty is alleged to have occurred on the 12th day of September, 1910. The same motion was filed to quash the information, and the same exceptions were reserved. In fact, the issues are identical, and we do not deem it necessary to again discuss them, and for the reasons stated in said cause No. 1,558 the judgment in this case is affirmed.